(No. 5954— )

MOEHLE PRESCRIPTION PHARMACY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 24, 1972.*

MOEHLE PRESCRIPTION PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5997— )

SUN OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed March 24, 1972.*

SUN OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.